UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Criminal Action No. 6:18-CR-025-CHB |
| v. | ) ) | |
| DAVID SCOTT GRAY, | ) ) ) | **ORDER ADOPTING RECOMMENDED DISPOSITION ON COMPETENCY** |
| Defendant. | ) ) ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition filed by United States Magistrate Judge Ingram [R. 27]. The Recommended Disposition addresses whether Defendant David Scott Gray is competent to proceed to trial pursuant to 18 U.S.C. § 4241 and 4247(d).

After reviewing the competency evaluation by Dr. Cynthia A. Low [R. 22] and conducting a hearing, Magistrate Judge Ingram concluded, in accordance with the competency evaluation, that "the Court finds no evidence which tends to show that Defendant is not competent." [R. 27 at p. 7]. The Government and the defendant both stipulated to the admission of the report and also to the findings contained therein. *Id.* at 2. The Magistrate Judge recommended that the undersigned find the defendant is competent to face further proceedings, including trial, in this matter. *Id.* at 7.

Generally, this Court must make a *de novo* determination of those portions of the recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151

(1985). Parties who fail to object to a magistrate judge's recommended disposition are also barred from appealing a district court's order adopting that recommended disposition. *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Judge Ingram's Recommended Disposition advised the parties that any objections must be filed within three (3) days. [R. 27 at p. 7] The time to file objections has passed, and neither party has filed any objections to the Recommended Disposition nor sought an extension of time to do so. *See Id.*; Fed. R. Crim P. 59(b). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Magistrate Judge's Recommended Disposition [**R. 27**] is **ADOPTED** as the opinion of this Court.

2. The Court **FINDS** that David Scott Grey is competent to face further proceedings in this matter.

This the 18th day of October, 2018.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY